IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-00231-01-CR-W-GAF |
| ) | |
| PIERRE L. BURNAUGH, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY DEFENDANT'S MOTION TO SUPPRESS**

Now before the Court is defendant's Motion to Suppress (Doc. #16). The Government filed its Suggestions in Opposition (Doc. #23) on March 4, 2022. A hearing was held on defendant's Motion on April 27, 2022 before United States Magistrate Judge Jill A. Morris. Judge Morris issued her Report and Recommendation (Doc. #36) on June 2, 2022. Defendant filed his Objections to the Report and Recommendation (Doc. #40) on June 16, 2022.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Jill A. Morris.

Accordingly, it is ORDERED that defendant Pierre L. Burnaugh's Motion to Suppress (Doc. #16) is DENIED.

                                                                            s/ Gary A. Fenner
                                                                            GARY A. FENNER, JUDGE
                                                                            UNITED STATES DISTRICT COURT

DATED: June 17, 2022